## JONES v. STATE.
### No. 13871.

Court of Criminal Appeals of Texas.
Oct. 29, 1930.

█

Scott, Casey & Hall, of Marshall, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### MARTIN, J.

Offense, the unlawful transportation of intoxicating liquor; penalty, one year in the penitentiary.

The record is without any statement of facts or bill of exception, and presents nothing for review.

Affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

HAWKINS, J., absent.